# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| ZACHARY T EVANS, | : No. 161 MM 2020 |
| Petitioner | : |
| v. | : |
| BERKS COUNTY COURT OF COMMON PLEAS, JUDGE PAUL M. YATRON, ADA PAMELA VANFOSSEN, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 30th day of December, 2020, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED. The Prothonotary is directed to strike the name of the jurist from the caption.